# EXHIBITS

# VIEWABLE

# IN

# CLERK'S

# FILE