The Law Offices of

# GORDON, SIBELL & IANNONE, P.C.

| | | |
|---|---|---|
| *Lawrence M. Gordon*<br>*Stanley J. Sibell*<br>*James L. Iannone* | *Suite 106*<br>*400 Garden City Plaza*<br>*Garden City, New York 11530*<br>*(516) 333-5000*<br>*Email: jiannone@gsipclaw.com* | *Facsimile*<br>*(516) 333-3260*<br>*Not for service of litigation papers* |

January 18, 2006

Honorable Judge Orenstein
United States District Court
100 Federal Plaza
Central Islip, NY 11722        Re:  John Intermor v. Village of Malverne
                                    Docket No.: CV-03-5164 (AJS)

Your Honor:

      We represent the plaintiff in this case, John Intermor. On January 7, 2006, Honorable Judge Arthur D. Spatt partially denied Defendants' motion for summary judgment. On January 10, 2006, Your Honor scheduled a scheduling conference for January 20, 2006. Unfortunately, we did not get notice of this conference date until this afternoon when we were contacted by opposing counsel. This is due to the fact that the firm originally representing Mr. Intermor, Blodnick, Gordon, Fletcher & Sibell, P.C., dissolved and our new firm moved approximately three weeks ago. In addition, we have experienced problems with our Pacer account.

      I am thus requesting an adjournment because I will be out of the State on Friday, January 20, 2006. I have spoken with Steven C. Stern and he consents to the requested adjournment. Both Mr. Stern and I are available to attend a conference before Your Honor on January 26, 2006, January 30, 2006, February 1, 2006, February 2, 2006, February 6, 2006, February 7, 2006 and February 10, 2006.

      Thank you for your attention and cooperation.

                                  Respectfully submitted,

                                  The Law Offices of
                                  Gordon, Sibell & Iannone, P.C.

                                  /s/ *James L. Iannone*
                                  JAMES L. IANNONE (JI 4678)

cc: Steven C. Stern, Esq.
    Miranda & Sokoloff, LLP
    240 Mineola Boulevard
    Mineola, NY 11501